UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL FRANCIS BETTIS TRUST and KIRELL F. BETTIS-TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE (IRS), K. GREEN, and A. RASCHKE,<br><br>Defendants. | No: 1:20-cv-00148-NONE-SKO<br><br><u>ORDER ADDRESSING MAY 7, 2020 FILING</u><br><br>(Doc. No. 14) |

This case was closed on March 27, 2020, after plaintiff, who is subject to the three strikes provision of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g), and who failed to satisfy the imminent danger exception contained within that provision, failed to pay the $400.00 filing fee in full. (Doc. No. 11.) On April 27, 2020, the court denied plaintiff's motion for reconsideration, but afforded plaintiff one opportunity to pay the required filing fee, indicating that if plaintiff failed to pay the fee by May 11, 2020, the case would remain closed. (Doc. No. 13.) Instead of paying the fee, on May 7, 2020, plaintiff filed a document entitled "Rule 60(b) motion and application to proceed in forma pauperis." (Doc. No. 14.) Despite its title, the document appears to be a promissory note provided in an apparent attempt to pay the filling fee. That method of payment was rejected by the Clerk of Court because a promissory note is not a

1

1  proper form of payment.  (Doc. No. 15.).  Accordingly, this case will remain closed.

3  IT IS SO ORDERED.

4  Dated:   **May 18, 2020**

                                       UNITED STATES DISTRICT JUDGE